1  JODI LINKER, Bar No. 230273
   Federal Public Defender
2  Northern District of California
   ANGELA CHUANG, Bar No. 313445
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:  (415) 436-7700
   Facsimile:  (415) 436-7706
6  Email:      Angela_chuang@fd.org

7

8  Counsel for Defendant Alvarez-Flores

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          **Case No.:** CR 24–MJ–71685

15              Plaintiff,              **STIPULATION AND ORDER TO
                                        CONTINUE**
16       v.

17  PABLO ALVAREZ-FLORES,

18              Defendant.

19

20

21       The above titled matter is currently scheduled for a status conference on December 16,

22  2025, at 11:00 AM. Undersigned defense counsel requires additional time to review discovery

23  in the case and the parties are discussing potential resolutions. The parties therefore stipulate

24  that the presently scheduled hearing shall be continued to January 21, 2026, at 11:00 AM for

25  status.

26       The parties further stipulate that time should be excluded from computation under the

27  Speedy Trial Act until January 21, 2026 to allow for the effective preparation of counsel. *See*

28  18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by ordering this

STIPULATED ORDER
*ALVAREZ-FLORES*, CR 24–MJ–71685

1  continuance outweigh the best interest of the public and this defendant's right to a speedy trial,

2  and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A).

3       The parties further stipulate that, with the consent of the defendant, there is good cause

4  for extending the time limits for a preliminary hearing under Federal Rule of Criminal

5  Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy

6  Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

7

8       IT IS SO STIPULATED.

9       December 8, 2025                    CRAIG H. MISSAKIAN
         Dated                              United States Attorney
10                                          Northern District of California

11                                          _____/S_____

12                                          GALEN PHILLIPS
                                            Assistant United States Attorney
13

14

15      December 8, 2025                    JODI LINKER
         Dated                              Federal Public Defender
16                                          Northern District of California

17                                          _____/S_____
                                            ANGELA CHUANG
18                                          Assistant Federal Public Defender

19

20                              **ORDER**

21      For the reasons stated above, the Court CONTINUES this case to January 21, 2026 at

22  11:00 AM on the duty calendar for status.

23      The Court also finds that exclusion from the time limits applicable under 18 U.S.C. §

24  3161 of the period from December 16, 2025, through January 21, 2026, is warranted and that

25  the ends of justice served by the continuance outweigh the best interests of the public and the

26  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). For the same reasons, the Court finds

27  good cause for extending the time limits for a preliminary hearing under Federal Rule of

28

STIPULATED ORDER
*ALVAREZ-FLORES*, CR 24–MJ–71685

1    Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the

2    Speedy Trial Act. See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161.

3    IT IS SO ORDERED.

4

5    DATED:  December 8, 2025

6    _____
     THOMAS S. HIXSON
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER
*ALVAREZ-FLORES*, CR 24–MJ–71685